**Danovitz et al., Appellants, *v.* Hahn Furniture Company et al.**

Argued April 14, 1971. *David R. Levin,* for appellants; *Reuben Fingold,* for appellee.

Order affirmed.

**Hay's Tavern Liquor License Case.**

Argued April 12, 1971. *Robert M. Keim,* with him *Livengood, Braucher & Keim,* for protestants, appellants; *Nathan C. Rascona,* with him *Shaulis, Kimmel & Rascona,* for applicant, appellee; and *Thomas J. Shannon,* Assistant Attorney General, *Lawrence L. Davis,* Special Assistant Attorney General, and *J. Shane Creamer,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

**Indovina *v.* Zieg, Appellant.**

Argued April 13, 1971. *Cosmos J. Reale,* for appellant; *J. Cris Soich,* with him *Stokes, Lurie & Tracy,* for appellee.

Judgment affirmed.